PETER G. SABONJOHN, *ET ALS.*, PLAINTIFFS-RESPON-
DENTS, v. FORD MOTOR CO., *ETC.*, DEFENDANT-PETI-
TIONER AND BERRY MOTORS, INC., *ETC.*, DEFEND-
ANT-RESPONDENT.

*Messrs. Schneider & Morgan* and *Mr. Walter E. Monaghan* for the petitioner.

*Mr. William W. Wimmer, Mr. Leo Brauer* and *Mr. Joseph V. Cullum* for the respondent.

January 29, 1968. Denied.

FIRST BANK AND TRUST CO., N. A., PLAINTIFF-PETITION-
ER, v. MUNICIPAL COUNCIL OF THE TOWNSHIP OF
WOODBRIDGE, DEFENDANT-RESPONDENT.

*Mr. Thomas L. Hanson* for the petitioner.

*Mr. Norman Robbins* for the respondent.

January 29, 1968. Denied.

WILLOW BROOK RECREATION CENTER, INC., PLAINTIFF-
PETITIONER, v. SUSAN SELLE, *ET ALS.*, DEFENDANTS-
RESPONDENTS.

See same case below: 96 *N. J. Super.* 358.

*Messrs. Marcus & Levy* and *Mr. Harry C. Chashin* for the petitioner.

January 29, 1968. Denied.